FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  Gene W. Lee (*Pro Hac Vice*)
   **ROPES & GRAY LLP**
2  1211 Avenue of the Americas
   New York, NY 10036-8704
3  Telephone: (212) 596-9053
   Facsimile: (646) 728-2562
4  Email: gene.lee@ropesgray.com

5  Dalila Argaez Wendlandt (*Pro Hac Vice*)
   Bryan R. Diederich (*Pro Hac Vice*)
6  Kathleen K. Miller (*Pro Hac Vice*)
   Douglas E. Chin (*Pro Hac Vice*)
7  **ROPES & GRAY LLP**
   One International Place
8  Boston, MA 02110-2624
   Telephone: (617) 951-7000
9  Facsimile: (617) 951-7050
   Email: bryan.diederich@ropesgray.com
10 Email: kathleen.miller@ropesgray.com

11 Donald L. Ridge (SBN 132171)
   **MORRIS POLICH & PURDY LLP**
12 1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
13 Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
14 Email: dridge@mpplaw.com

15 Attorneys for Defendant
   TRANSACT TECHNOLOGIES INCORPORATED
16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19
   | FUTURELOGIC, INC., | Case No. CV 05-03754 MMM (CTx) |
   |---|---|
   | Plaintiff, | [Hon. Margaret M. Morrow] |
   | v. | **STIPULATION OF DISMISSAL** |
   | TRANSACT TECHNOLOGIES INCORPORATED, | Date: May 19, 2008 |
   | Defendant. | Courtroom: 780 Roybal |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action – including all claims and counterclaims – be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (c).

**IT IS SO STIPULATED.**

Dated: May 19, 2008                    **MORRIS POLICH & PURDY LLP**

By: *[signature]*
Donald L. Ridge

**ROPES & GRAY LLP**
Gene W. Lee (*Pro Hac Vice*)
Dalila Argaez Wendlandt (*Pro Hac Vice*)
Bryan R. Diederich (*Pro Hac Vice*)
Kathleen K. Miller (*Pro Hac Vice*)

Attorneys for Defendant and Counterclaimant,
TRANSACT TECHNOLOGIES INCORPORATED

Dated: May 19, 2008                    **O'MELVENY & MYERS LLP**

By: *[signature]*
Brett J. Williamson
Michael L. Myers

Attorneys for Plaintiff and Counterdefendant,
FUTURELOGIC, INC.

IT IS SO ORDERED
Dated 5/19/08
*[signature]* Margaret M. Morrow
United States District Judge